UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:16-cv-2931-WBS-KJN |
| Plaintiff, | |
| v. | ORDER |
| HEY NOW PROPERTIES, LLC, et al., | |
| Defendants. | |

In this action, initially filed on December 16, 2016, plaintiff filed a motion to compel initial disclosures and/or for exclusion sanctions. (ECF No. 9.)

Upon reviewing plaintiff's briefing, the court finds that the parties have not adequately exhausted the informal meet-and-confer process with respect to the initial disclosures. Indeed, the initial pretrial scheduling conference before the district judge has not yet taken place; the parties agreed among themselves to exchange initial disclosures on March 7, 2017, and plaintiff relatively recently sent a meet-and-confer letter to defendants' counsel on March 20, 2017. Therefore, the court finds that court intervention at this stage is premature.[1]

---

[1] Indeed, the court is troubled by the fact that, instead of pursuing early settlement discussions, plaintiff is focusing his efforts on a premature discovery spat, which only increases the attorneys' fees and costs involved in this action and impedes achievement of a potential settlement.

1

1  Accordingly, plaintiff's motion to compel (ECF No. 9) is DENIED WITHOUT
2  PREJUDICE as premature.
3  IT IS SO ORDERED.
4  Dated:  April 5, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE