Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Scott Johnson;** | Case No.: 2:16-cv-02931-WBS-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGEMENT** |
| vs. | |
| **Hey Now Properties, LLC** et. al. | [~~Proposed~~ Order] |
| Defendants | |

The parties, by and through their respective attorneys, hereby stipulate to continue the hearing on Plaintiff's Motion for Summary Judgment, currently set for April 16, 2018, to April 23, 2018 at 1:30 p.m. on the grounds that there was confusion as to the hearing date.

DATED: April 8, 2018  MICHAEL WELCH + ASSOCIATES

By /s/ Michael D. Welch
Attorneys for Defendant

DATED: April 8, 2018

By: /s/ Sara Gunderson
Attorneys for Plaintiff

1

## ORDER

It is hereby ordered that the Hearing on Plaintiff's Motion for Summary Judgment is continued from April 16, 2018 to **May 14, 2018 at 1:30 p.m**. The Pretrial Conference is continued from May 21, 2018 to **June 18, 2018 at 1:30 p.m.**

**IT IS SO ORDERED.**

**Dated: April 11, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE