Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>HEY NOW PROPERTIES, et al.<br><br>Defendants | **Case No.: 2:16-cv-02931-WBS-KJN**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT MOTION FOR SUMMARY JUDGEMENT [~~PROPOSED~~ ORDER]** |

     Defendant's counsel respectfully requests permission to appear telephonically at the Motion for Summary Judgment and Motion to Dismiss, set for hearing May 14, 2018 at 1:30PM. Defendant's counsel has a previous scheduled Mediation at 10:30AM that day in San Jose, California, U.S. District Court for the Northern District of California, with Howard Herman in the case Scott Johnson v. Petros, et. al.. (I thought I had this case settled.) Counsel will call Judge William B. Shubb's chambers at 1:30pm from phone number (415) 298-7575. Defendant's counsel believes that a telephonic appearance will not hinder his ability to make an effective appearance. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

1

DATED: May 10, 2018			MICHAEL WELCH + ASSOCIATES

By /s/ Michael D. Welch
Attorneys for Defendants

IT IS SO ORDERED:

Dated:  May 11, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE