# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case No.:** 2:16-CV-02931-WBS-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **Hey Now Properties, LLC,** a California Limited Liability Company; **Alla Manukyan**; and Does 1-10, | |
| Defendants | |

**ORDER**

Having read the foregoing request, and pursuant to the stipulation of the parties, it is hereby ORDERED that the pretrial conference be continued to **August 13, 2018 at 1:30 p.m.** The Jury Trial is continued to **October 23, 2018 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: June 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE