UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:16-cv-02931-WBS-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| **Hey Now Properties, LLC**, a California Limited Liability Company; **Alla Manukyan**; and Does 1-10, | |
| Defendants. | |

**ORDER**

The Court hereby VACATES the Pretrial Conference date of 8/13/2018 and Trial date of 10/23/2018, with the expectation that the Plaintiff will file a Motion for Attorney's Fees and the parties will file a Joint Stipulation for Dismissal no later than 11/19/2018. A Status Conference is set in this action on 12/3/2018 at 01:30 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb, and shall be automatically vacated upon the submission of a stipulated dismissal by the parties.

**IT IS SO ORDERED.**

**Dated: August 10, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order