# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>Plaintiff,<br><br>v.<br><br>**Hey Now Properties, LLC**, a California Limited Liability Company;<br>**Alla Manukyan**; and Does 1-10,<br>Defendants. | Case No.2:16-cv-02931-WBS-KJN<br><br>[proposed] **ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Scheduling Conference be continued to **February 11, 2019 at 1:30 p.m.** A Joint Status Report shall be filed no later than **January 28, 2019**.

IT IS SO ORDERED.

Dated: November 30, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE