UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>HEY NOW PROPERTIES, LLC, a<br>California Limited Liability<br>Company; ALLA MANUKYAN; and DOES<br>1-10,<br><br>        Defendant. | No. 2:16-cv-02931 WBS KJN<br><br><br>JUDGMENT |

----ooOoo----

In accordance with the court's orders on May 16, 2018 (Docket No. 28) and February 13, 2019 (Docket No. 47), judgment is hereby entered in favor of plaintiff Scott Johnson and against defendants Hey Now Properties, LLC and Alla Manukyan in the amount of $8,000.00 in statutory damages, $12,267.00 in attorneys' fees, and $450 in costs for a total judgment of $20,717.00.

IT IS SO ORDERED.

Dated: April 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE